```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiff
 5
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., | ) ) ) | NO. C 09 0848 BZ |
| Plaintiff, | ) ) | ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| vs. | ) ) | |
| INDEPENDENT TEST AND BALANCE OF AUBURN, a California corporation | ) ) ) | |
| Defendant. | ) ) | |

　　　　IT IS ORDERED that the Case Management Conference in this case set for June 22, 2009 be continued to September 21, 2009 at 4:00 p.m. in Courtroom No. G, 15TH floor, San Francisco, CA

Dated: June 16, 2009

_____
Honorable Bernard Zimmerman

EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE 1