UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>INDEPENDENT TEST AND BALANCE, et al.<br><br>　　　　Defendant(s). | No. C 09-848 BZ |

It is **HEREBY ORDERED** that a hearing on plaintiffs' application for default judgment is scheduled for **Wednesday, October 21, 2009 at 10:00 a.m.** in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, 94102.

Claims for attorneys' fees should be supported by billing records. Compliance with 50 App. U.S.C. § 501 et seq. of the Servicemembers' Civil Relief Act may not be satisfied on information and belief. *See* 50 App. U.S.C. § 521(b)(1); United States v. Simmons, 508 F.Supp. 552 (E.D. Tenn. 1980)(interpreting 50 App. U.S.C. § 520(1), predecessor to 50 App. U.S.C. § 521(b)(1)). The public website https://www.dmdc.osd.mil/scra/owa/home will provide the

1

current active military status of an individual and has instructions on obtaining certificates of service or non-service under the Servicemembers' Civil Relief Act.

Plaintiffs should be prepared to prove their damages by competent testimony or other admissible evidence.  If plaintiffs intend to prove damages by affidavits or declarations, the affiant or declarant should have personal knowledge of all matters to which she testifies.  For all evidence, proper foundations must be established.  For an explanation of the evidentiary requirements for proving damages in a default case, the parties are encouraged to consult Chapter Six of <u>Civil Procedure Before Trial</u> by William W. Schwarzer, A. Wallace Tashima, and James M. Wagstaffe.

Defendants should attend the hearing if they contest the validity or amount of plaintiffs' claim.  Seven days before the hearing, on **Wednesday, October 14, 2009**, plaintiffs shall file a declaration setting forth in detail all steps taken to serve defendant with notice of this hearing.

Dated: August 19, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\BD OF TRUSTEES v. IND TEST BALANCE\ORDER SCHEDULING DEFAULT JUDGMENT.wpd