1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiff
5

6

7

8                      UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11

12 BOARD OF TRUSTEES OF THE SHEET    )    NO. C 09 0848 BZ
   METAL WORKERS, et al.,            )
13                                   )
                         Plaintiff,  )
14                                   )    REQUEST TO CONTINUE
              vs.                    )    CASE MANAGEMENT
15                                   )    CONFERENCE; ORDER
                                     )
16                                   )
   INDEPENDENT TEST AND BALANCE, et. )
17 al.,                              )
                                     )
18                                   )
                         Defendant.  )
19 _____)

20
            Plaintiffs  request  that  the  Case  Management  Conference
21
   presently set for September 21, 2009 at 4:00 p.m. be continued to the
22
   date  and  time  set  for  hearing  on  Plaintiffs'  Motion  for  Default
23
   Judgment, October 21, 2009 at 10:00 a.m.
24
                                   Respectfully submitted,
25
   DATED: September 14, 2009                 ERSKINE & TULLEY
26                                   A PROFESSIONAL CORPORATION

27                                   By: /s/Michael J. Carroll
                                         Michael J. Carroll
28                                       Attorneys for Plaintiff


   REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER        1

1

2                                          ORDER

3                               IT IS SO ORDERED

4    Dated: September 15, 2009          _____

5                                       Magistrate Judge Bernard Zimmerman

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER          2