1 | **SIMAS & ASSOCIATES, LTD.**
STEVEN L. SIMAS, SBN 150901
2 | 1215 K Street, 17th Floor
3 | Sacramento, California 95814
Telephone: (916) 789-9800
4 | Facsimile: (916) 789-9801

5 | Attorneys for Defendant Independent Test and Balance, Inc.

6

7

8 | ### UNITED STATES DISTRICT COURT

9 | ### NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al, | Case No.: C 09-848 BZ |
| Plaintiffs, | **STIPULATION TO POSTPONE HEARING ON APPLICATION FOR DEFAULT JUDGMENT** |
| v. | **Hearing Date:** October 21, 2009 |
| INDEPENDENT TEST AND BALANCE, INC., a California Corporation, | **Time:** 10:00 a.m. <br> **Courtroom:** G <br> **Judge:** Hon. Bernard Zimmerman |
| Defendants. | |

**TO THE HONORABLE DISTRICT JUDGE, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs through their undersigned counsel Erskine & Tulley, and Defendant through its undersigned counsel Simas & Associates, hereby stipulate to postpone the hearing on Plaintiff's Application for Default judgment on the following grounds:

1. Plaintiffs and Defendant have reached a tentative settlement of the claims in this case;

2. Plaintiffs and Defendant seek to avoid the cost of litigating the default judgment in this matter, including the upcoming hearing on October 21, 2009, or any subsequent motions to set aside the default judgment;

STIPULATION TO POSTPONE HEARING ON APPLICATION FOR DEFAULT JUDGMENT

1    3.  Plaintiffs and Defendant require time to prepare a settlement agreement, a dismissal of

2        the action and other papers to resolve this matter.

3        For these reasons, Plaintiffs and Defendant request that the court vacate the hearing set for

4    October 21, 2009, to be reset by request of the parties.

5    Dated: October _13_, 2009          **SIMAS & ASSOCIATES, LTD.**

6

7

8

9        STEVEN L. SIMAS

         Attorneys for Defendant Independent
10       Test and Balance of Auburn

11

12   Dated: October _13_, 2009          **ERSKINE & TULLEY**

13

14

15

16

17       MICHAEL J. CARROLL

         Attorneys for Plaintiffs Board of Trustees of the Sheet
18       Metal Workers Health Care Plan of Northern
         California; Sheet Metal Workers Pension Trust of
19       Northern California; Sheet Metal Workers Local 162
         Vacation, Holiday Savings Plan; and Dennis
20       Canevari, Trustee

21

22                                    

23

24

25

26

27

28

                                2

STIPULATION TO POSTPONE HEARING ON APPLICATION FOR DEFAULT JUDGMENT