UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS,<br><br>    Plaintiff(s),<br><br>  v.<br><br>INDEPENDENT TEST AND BALANCE, et al.<br><br>    Defendant(s). | No. C 09-0848 BZ<br><br>**CONDITIONAL ORDER OF DISMISSAL** |

The parties to this matter having advised the Court that they have agreed to a settlement, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within **30 days** of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

Dated: December 3, 2009

                                       Bernard Zimmerman
                            United States Magistrate Judge

G:\BZALL\-BZCASES\BD OF TRUSTEES v. IND TEST BALANCE\30 DAY COND DISM.wpd

1